1  Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
   Christopher M. Hunter, Esq., Nevada SBN 8127
2  McCarthy & Holthus, LLP
   811 South Sixth Street
3  Las Vegas, NV 89101
   Phone (702) 685-0329
4  Fax (866) 339-5691
   KHintz@mccarthyholthus.com

Attorney for Defendants, Mortgage Electronic Registration
Systems, Inc. and Merscorp, Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TAYLOR, an individual, | Case No.: 2:11-cv-01516-GMN-VCF |
| Plaintiff, | |
| v. | |
| FLAGSTAR BANK; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAYCAL CAPITAL SERVICES; AND DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto, | **ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS** |
| Defendants. | |

Defendants, Mortgage Electronic Registration Systems, Inc. and Merscorp, Inc., by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Expunge Lis Pendens on September 24, 2012 (Docket No. 24).  The Docket Report indicates that a Response to the Motion to Expunge Lis Pendens was due by October 11, 2012.

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion to Expunge Lis Pendens was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiff regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

IT IS THEREFORE ORDERED, that based on the foregoing, the Motion to Expunge Lis Pendens is GRANTED and the lis pendens affecting the property located at 4125 Wheatstone Ct., Las Vegas, Nevada 89129 (APN 138-04-810-018) and recorded by Plaintiff on August 31, 2011 in the public records of Clark County, Nevada as instrument number 201108310002038 is hereby expunged and declared to have no further force and effect.

IT IS SO ORDERED this  15  day of   October  , 2012.

_____
UNITED STATES DISTRICT COURT JUDGE